# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH WALKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | )   Case No. 15-cv-00395-JPG-SCW |
| SHERIFF JOHN LAKIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 42) of Magistrate Judge Stephen C. Williams with regard to defendant Sergeant Dover's Motion [Doc. 36] for Summary Judgment. The plaintiff filed an objection [Doc. 44] to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The R & R recommends granting Sergeant Dover's motion because the plaintiff has not demonstrated actual facts to recover on his claim. Plaintiff's objection is exactly the same as his response to the motion – "that the Court will disregard their order and take a good look at my complaint." [Doc. 44]. A party must raise *specific* objections to the report and recommendation. Fed. R. Civ. P. 72(b). A general objection to the magistrate judge's decision, without more, does not satisfy this standard. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999).

1

Although plaintiff filed an objection, it was a general objection that did not cite to any specific error of law or fact within the R & R. Further, the R & R correctly addressed plaintiff's request for the Court to "closely review his complaint" and the Court finds no error in its analysis.

The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety [Doc. 42]. Defendant Sergeant Dover's Motion [Doc. 36] for Summary Judgment is **GRANTED** and defendant Sergeant Dover is **DIMISSED** without prejudice. There are no remaining defendants in this matter. As such, this matter is **DISMISSED** without prejudice and the Clerk of Court is **DIRECTED** to enter judgment accordingly. Any pending motions are denied as moot.

**IT IS SO ORDERED.**

**DATED:** 8/9/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**