# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH WALKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-cv-00395-JPG-SCW |
| SHERIFF JOHN LAKIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Sheriff John Lakin, Capt. Gary Bost, Deputy Mike Hare, Sgt. Harley Foster, Dr. Robert Blankenship,** and **Sergeant Dover** for deliberate indifference to unconstitutional conditions of confinement and denial of medical care in violation of the Eight and Fourteenth Amendments are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **Sheriff John Lakin, Capt. Gary Bost, Deputy Mike Hare, Sgt. Harley Foster, Dr. Robert Blankenship,** and **Sergeant Dover** and against plaintiff **Keith Walker** on his claims for deliberate indifference to unconstitutional conditions of confinement and denial of medical care in violation of the Eight and Fourteenth Amendments.

**DATED**: 8/9/2017

**Justine Flanagan**
**Acting Clerk of Court**

*s/Tina Gray*, **Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**